AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**ENDIA DICKSON,**

        **Plaintiff,**

                      **JUDGMENT IN A CIVIL CASE**

**vs.**

                      **CASE NO.  C2-09-166**

**WALMART, INC.**                **JUDGE EDMUND A. SARGUS, JR.**

                      **MAGISTRATE JUDGE E. A. PRESTON DEAVERS**

        **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the Order filed June 25, 2010, JUDGMENT is hereby entered DISMISSING this case with prejudice.**

Date: June 25, 2010                    JAMES BONINI, CLERK

                            */S/ Andy F. Quisumbing*
                            (By) Andy F. Quisumbing
                             Courtroom Deputy Clerk